■ In the Matter of 300 BROADWAY REALTY CORPORATION, v. NORTH AMERICAN CONTRACTING CO., INC.— Motion for stay granted on condition that the appellant perfect the appeal by April 10, 1962 and be ready for argument at the term commencing April 30.

## (March 23, 1962)

In decisions Nos. 1–3: Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of LAWRENCE J. PURPURA, Respondent. CHICAGO PNEUMATIC TOOL CO., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Final Accounting of ROBERT C. UTTER et al., Appellants. JOE SCHAPIRO, as Attorney for DAVID B. UTTER, Respondent. (C) SAM WHITE, Respondent, v. GOTTLIEB SCHMIDT et al., Appellants.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the September 1962 Term on or before August 1, 1962, in which event motions denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL KING, Appellant.— Motion for an order directing that the original papers herein on file with the Clerk of the Sullivan County Court be transferred and submitted to the Supreme Court, Appellate Division Third Department, Albany, New York, as the record on appeal herein. Motion denied.

■ In the Matter of the Claim of NIKIFOR BOOHKAREV, Respondent, v. HENRY'S LANDSCAPING SERVICE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of March 9, 1962 (ante, p. 968), dismissing appeal by default amended to read as follows: Motion for permission to proceed upon record on appeal heretofore filed in connection with the appeal in this matter heard before this court during the March 1960 Term and upon a supplementary record on appeal granted.

## (March 30, 1962)

In decisions Nos. 1–3: Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of JAMES SAVAGE, Respondent, v. FLORITOR, INC., et al., Appellants, and CONTINENTAL ASSURANCE CO., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of MARVIN GORDON, Respondent, v. FLORITOR, INC., et al., Appellants, and CONTINENTAL ASSURANCE CO., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (C) RUTH VAN DUZEE, Appellant, v. CHARLES F. B. WILDING-WHITE et al., Respondents.— [In each action] Motions to dismiss appeals granted by default, without costs.